No. D–2249. IN RE DISBARMENT OF RATHJEN. Stephen Paul Rathjen, of Hauppauge, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M59. KOEHLER v. MUELLER, WARDEN;

No. 00M60. CHANDRA v. MEDICAL COLLEGE OF VIRGINIA ET AL.;

No. 00M61. YADELL ET AL. v. UNITED STATES;

No. 00M62. BERNABEL v. UNITED STATES;

No. 00M63. WASHINGTON v. AMERICAN STORES CO., INC., ET AL.; and

No. 00M64. STAMPLEY v. CITY OF ST. PAUL ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 129, Orig. VIRGINIA v. MARYLAND. Motion of Audubon Naturalist Society for review of the Special Master's finding of subject matter jurisdiction denied. Motion of Virginia for costs denied without prejudice to refiling before the Special Master. [For earlier order herein, see, e. g., ante, p. 922.]

No. 99–1964. BOOTH v. CHURNER ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 956.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–1994. NEVADA ET AL. v. HICKS ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 923.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 00–152. LUJAN, LABOR COMMISSIONER OF CALIFORNIA, ET AL. v. G & G FIRE SPRINKLERS, INC. C. A. 9th Cir. [Certiorari granted sub nom. Bradshaw v. G & G Fire Sprinklers, Inc., ante, p. 924.] Motion of petitioners for order to disregard certain matters outside the certified record and to strike respondent's lodging denied.